NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN THE MATTER OF : | **CLOSED** |
| JAMES FATAL | |
| Petitioner, | Hon. Dennis M. Cavanaugh |
| v. | ORDER |
| JANET NAPOLITANO, *et al.*, | Civil Action No. 13-1859 (DMC) |
| Respondents. | |

<u>DENNIS M. CAVANAUGH, U.S.D.J.</u>:

This matter having come before the Court upon a petition for a writ of *habeas corpus* by James Fatal ("Petitioner") challenging his mandatory detention by Janet Napolitano, Christopher Shanahan, Amy Patrick, Eric H. Holder, Jr., Juan P. Osuna, Alan Page and Oscar Aviles (collectively "Respondents"). (March 22, 2013, ECF. NO. 1); and the Court having carefully reviewed the submissions of the parties, and for the reasons stated in the Court's Opinion filed this day;

IT IS on this __18__ day of June, 2013

ORDERED that Petitioner's petition for a writ of *habeas corpus* is **denied**.

_____
Dennis M. Cavanaugh, U.S.D.J.

Original:    Clerk's Office
Cc:          All Counsel of Record
             File

1